1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

CHARLES B. JONES,

10

Petitioner,                    No. 2:12-cv-1647 JAM EFB P

11

vs.

12

MATTHEW L. CATES,

13

Respondent.              ORDER

14

_____/

15

   Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

16

28 U.S.C. § 2254.  He has requested that the court appoint counsel.  There currently exists no

17

absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d

18

453, 460 (9th Cir. 1996).  The court may appoint counsel at any stage of the proceedings "if the

19

interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

20

§ 2254 Cases.  The court does not find that the interests of justice would be served by the

21

appointment of counsel at this stage of the proceedings.

22

   Accordingly, it hereby is ORDERED that petitioner's August 9, 2012 request for

23

appointment of counsel is denied without prejudice.

24

Dated:  August 14, 2012.

25

26

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE